UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. COPELAND,            )
                                 )
        Plaintiff,             )   No. C05-2832 BZ
                                 )
  v.                             )   **ORDER DISMISSING COMPLAINT**
                                 )
HAROLD C. COPELAND,              )
                                 )
        Defendant.             )
_____)

On June 27, 2006, I ordered plaintiff to show cause in person on July 24, 2006 why this action should not be dismissed for failure to prosecute.[1] The order to show cause resulted from plaintiff's failure to appear at the Case Management Conference re-scheduled for June 26, 2006, after previously scheduled Case Management Conferences were continued at plaintiff's request. In the year this case has been in federal court nothing has been done to prosecute it, other than to serve defendant. Plaintiff has not responded to

---

[1] All parties have consented, pursuant to 28 U.S.C. § 636(c), to magistrate judge jurisdiction in this matter.

1

1 | the order to show cause.
2 |     In light of plaintiff's apparent unwillingness to comply
3 | with court orders or to otherwise prosecute her case,
4 | dismissal is appropriate.  **IT IS HEREBY ORDERED** that this
5 | action is **DISMISSED** without prejudice.
6 | Dated:  July 27, 2006
7 |                             Bernard Zimmerman
8 |                  United States Magistrate Judge

G:\BZALL\-BZCASES\COPELAND\DISMISSAL.wpd

2